**C. Murray HENDERSON, Warden, Louis-iana State Penitentiary, et al.**

No. 50461.

April 3, 1970.

In re: James Dunn applying for writ of habeas corpus.

The application is denied. The showing made does not warrant the relief sought.

233 So.2d 253

**Joseph YOUNG, Jr.,**

v.

**Alberta DYER, wife of/and**
**Printus CARTER.**

No. 50487.

April 6, 1970.

In re: Alberta Dyer, wife of/and Printus Carter applying for writs of certiorari, prohibition and mandamus.

Not considered. Applicant has not complied with our rules.